# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JAE MICHAEL HAMMOND,**

    **Plaintiff,**

v.                                                             **Case No: 6:25-cv-65-CEM-DCI**

**UNITED STATES DEPARTMENT
OF STATE, et. al.,**

    **Defendants.**

## ORDER

Plaintiff, proceeding *pro se*, initiated this case against several United States' agencies and officers and moved to proceed as a pauper. Docs. 1, 2, 8. By Order dated January 29, 2025, the Court granted Plaintiff's request to proceed as a pauper and directed the Clerk to mail Plaintiff summonses and Marshal 285 forms. Doc. 7. The Clerk subsequently provided the completed summonses and forms to the United States Marshal for service. The United States Marshal has filed the returned Marshal 285 forms. Docs. 20 to 32.

Pending before the Court is Plaintiff's "Motion for this Court to Take Notice of Clerk's Default Judgement and to Issue Summary Final Judgement Against Defendants with Order for All Injunctive Relief Demanded in Complaint and Injunction Pursuant to Defendant's Failure to Respond to Summons Issued March 10th 2025; 'Docket 22 pg id 505 & 506" which the Court construes as a Motion for Clerk's Entry of Default. Doc. 36 (the Motion). Pursuant to Federal Rule of Civil Procedure 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Prior to directing the Clerk to enter a default, however,

the court must first determine whether a plaintiff properly effected service of process. *United States v. Donald*, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (denying motion for entry of clerk's default because service did not appear to meet any approved method, and the plaintiff failed to point to the law approving the procedure).

The Motion is due to be denied because Defendants were not properly served. Specifically, four of the Marshal 285 forms reflect that the respective Defendants are no longer at the addresses Plaintiff provided on the forms. Docs. 23, 25, 26, 28. Also, six of the attempts at service were rejected because a copy of the complaint was not attached. Docs. 24, 27, 29-32. Finally, with respect to Defendant Department of Justice, the Department of Justice Criminal Division, and the Attorney General of the United States, the Marshal 285 forms reflect that service was executed on a "manager" and "executive staff assistant" but such service does not appear sufficient under Federal Rule of Civil Procedure 4(i)(1) and (2).[1] Docs. 20-22. As such, Plaintiff is not entitled to Clerk's entry of default pursuant to Rule 55(a).

Since Plaintiff is a pauper and the Court has determined that service of the Amended Complaint on Plaintiff's behalf is appropriate, the Court finds that another attempt at service on Defendants is warranted.

Accordingly, it is **ORDERED** that:

1. Plaintiff's Motion (Doc. 36) is **DENIED without prejudice**;

2. the Clerk shall mail summons(es) and Marshal 285 form(s) to Plaintiff. Plaintiff shall complete and return the summons(es) and Marshal 285 form(s) to the Court

---

[1] Because Defendants are agencies and officers of the United States, service must be made on the agencies, officers, **and** the United States. Fed. R. Civ. P. 4(i)(2). And service upon the United States requires service upon the United States Attorney for the Middle District of Florida and the United States Attorney General. *See* Fed. R. Civ. P. 4(i)(1).

on or before the fifteenth day after the date the Clerk mails the summons(es) and Marshal 285 form(s). The Clerk is directed to provide the completed summons(es) and Marshal 285 form(s) to the United States Marshal;

3. The United States Marshal or a Deputy United States Marshal shall serve a copy of the Amended Complaint (Doc. 8), the summons, and this Order upon each Defendant in accordance with Federal Rule of Civil Procedure 4(i)(2).[2] All costs of service shall be advanced by the United States; and

4. The Clerk shall serve the United States by sending a copy of the Amended Complaint (Doc. 8), the summons, and this Order, by registered or certified mail, to the United States Attorney for the Middle District of Florida, Orlando Division (attn: civil process clerk), and to the Attorney General of the United States at Washington, District of Columbia. All costs of service shall be advanced by the United States.

**ORDERED** in Orlando, Florida on June 23, 2025.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[2] Rule 4(i)(2) provides:
*Agency; Corporation; Officer or Employee Sued in an Official Capacity.* To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.